**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **DO HYUNG**<br>First name<br><br>Middle name<br><br>**KIM**<br>Last name and Suffix (Sr., Jr., II, III) | **HYUN JU**<br>First name<br><br>Middle name<br><br>**SIM**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **DOHYUNG KIM** | **HYUNJU SIM** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9162 | xxx-xx-2772 |

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.    Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5.    Where you live**

**5735 256th STREET**
**Little Neck, NY 11362**
Number, Street, City, State & ZIP Code

**Queens**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 2

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number *(if known)* _____

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.  Go to line 12.

■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **DO HYUNG KIM**

Debtor 2   **HYUN JU SIM**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

Name of business, if any

_____

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

---

Debtor 1  DO HYUNG KIM
Debtor 2  HYUN JU SIM

Case number *(if known)*

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number *(if known)*_____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ DO HYUNG KIM**                              **/s/ HYUN JU SIM**
**DO HYUNG KIM**                                   **HYUN JU SIM**
Signature of Debtor 1                              Signature of Debtor 2

Executed on   **June 11, 2021**                 Executed on   **June 11, 2021**
_____                          _____
MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1   **DO HYUNG KIM**

Debtor 2   **HYUN JU SIM**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ JEREMY D. SUNG** | Date  **June 11, 2021** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**JEREMY D. SUNG 4288619**
Printed name

**LAW OFFICES OF JEREMY D SUNG**
Firm name

**38-12 150TH STREET**
**Flushing, NY 11354**
Number, Street, City, State & ZIP Code

Contact phone   **718-939-1110**          Email address   **jeremy@jeremysunglaw.com**

**4288619 NY**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DO HYUNG KIM** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ | $    0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................................... | $    23,865.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................................ | $    23,865.00 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    0.00 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    719,572.00 |
| **Your total liabilities** | $    719,572.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $    3,600.00 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $    3,600.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.    **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                           Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form      $ _____
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **DO HYUNG KIM** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **HYUN JU SIM** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | **ACURA** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **MDX** | ☐ Debtor 1 only | | |
| | Year: | **2008** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **75000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Location: 5735 256th STREET, Little Neck NY 11362 | | ☐ Check if this is community property (see instructions) | **$9,365.00** | **$9,365.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| |
|---|
| **$9,365.00** |

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **DO HYUNG KIM** | |
|---|---|---|
| Debtor 2 | **HYUN JU SIM** | Case number *(if known)* |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| HOUSEHOLD GOODS | $500.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| WEARING APPAREL | $500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................

| $1,000.00 |
|---|

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number *(if known)* _____

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes.................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | **CHASE BANK : DEBTOR'S PERSONAL ACCOUNT ENDING IN 9262** | **$4,100.00** |
| 17.2. | Checking | **CHASE BANK : JOINT DEBTOR'S PERSONAL ACCOUNT ENDING IN 3998** | **$6,000.00** |
| 17.3. | Checking | **CHASE BANK: BUSINESS CHECKING ACCOUNT ENDING IN 6581** | **$1,500.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes..................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No
☐ Yes.  Give specific information about them...................
                    Name of entity:                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
                    Type of account:                    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☒ Yes. ....................                    Institution name or individual:

| | |
|---|---|
| **RESIDENTIAL LEASE SECURITY DEPOSIT** | **$1,900.00** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | **DO HYUNG KIM** | | |
|---|---|---|---|
| Debtor 2 | **HYUN JU SIM** | | Case number *(if known)* |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes.  Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **NY LIFE TERM INSURANCE** | **HYUN JU SIM** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No

| Debtor 1 | **DO HYUNG KIM** | | |
|---|---|---|---|
| Debtor 2 | **HYUN JU SIM** | Case number *(if known)* | |

☐ **Yes.** Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................... | **$13,500.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ......................................................................................................... | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$9,365.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$13,500.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61**... | **$23,865.00** | Copy personal property total    **$23,865.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$23,865.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DO HYUNG KIM** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **HYUN JU SIM** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2008 ACURA MDX 75000 miles** **Location: 5735 256th STREET, Little Neck NY 11362** Line from *Schedule A/B*: **3.1** | $9,365.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2008 ACURA MDX 75000 miles** **Location: 5735 256th STREET, Little Neck NY 11362** Line from *Schedule A/B*: **3.1** | $9,365.00 | ■ $1,365.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **HOUSEHOLD GOODS** Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **WEARING APPAREL** Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Checking: CHASE BANK : DEBTOR'S PERSONAL ACCOUNT ENDING IN 9262** Line from *Schedule A/B*: **17.1** | $4,100.00 | ■ $4,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                                    Case number (if known) _____

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: CHASE BANK: BUSINESS CHECKING ACCOUNT ENDING IN 6581**<br>Line from Schedule A/B: **17.3** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **RESIDENTIAL LEASE SECURITY DEPOSIT**<br>Line from Schedule A/B: **22.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **NY LIFE TERM INSURANCE**<br>Beneficiary: HYUN JU SIM<br>Line from Schedule A/B: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **CHASE BANK JOINT DEBTOR PERSONAL CHECKING ENDING IN 3998**<br>Line from Schedule A/B: | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No

    ☐   Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DO HYUNG KIM** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>DO HYUNG KIM</strong><br>First Name       Middle Name       Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td><strong>HYUN JU SIM</strong><br>First Name       Middle Name       Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td colspan="2">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **ABRAHAM NATURAL FOOD CORP** | Last 4 digits of account number | $2,990.00 |

Nonpriority Creditor's Name

**30-20 REVIEW AVE**
**Long Island City, NY 11101**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                       Case number (if known) _____

| 4.2 | **ACME SMOKED FISH CORP** | Last 4 digits of account number _____ | $303.00 |

Nonpriority Creditor's Name
**30 GEM STREET**
**Brooklyn, NY 11222**
Number Street City State Zip Code

When was the debt incurred?  **11/2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

| 4.3 | **ALLEN PERLSTEIN, ESQ.** | Last 4 digits of account number  **4909** | Unknown |

Nonpriority Creditor's Name
**HARFENIST KRAUT &**
**PERLSTEIN LLP**
**3000 Marcus Ave #2E1**
**New Hyde Park, NY 11042**
Number Street City State Zip Code

When was the debt incurred?  **12/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Attorney for Creditor**
**Creditor: Bank of Hope**

---

| 4.4 | **AM TRUST NORTH AMERICA** | Last 4 digits of account number  **8619** | $851.00 |

Nonpriority Creditor's Name
**800 SUPERIOR AVENUE E**
**Cleveland, OH 44114**
Number Street City State Zip Code

When was the debt incurred?  **6/2019**

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Insurance premium**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **DO HYUNG KIM**

Debtor 2   **HYUN JU SIM**                                              Case number (if known) _____

---

| 4.5 | **AMERICAN EXPRESS** | Last 4 digits of account number | **4001** | | $24,040.00 |

Nonpriority Creditor's Name

**P.O. Box 981535**
**El Paso, TX 79998-1537**

When was the debt incurred?     **05/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Card Debt**
**Business: VITALITY YOGA LLC**
**ACCT: ENDING IN 3-14001**

---

| 4.6 | **ANNA LOUISA LOISELLE,ESQ.** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**ZWICKER & ASSOCIATES**
**100 CORPORATE WOODS #230**
**Rochester, NY 14623**

When was the debt incurred?     **7/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Attorney for Creditor**
**Original Creditor: AMERICAN EXPRESS**
**Original Account #: ENDING IN 3-14001**

---

| 4.7 | **ARSI** | Last 4 digits of account number | **3886** | | **Unknown** |

Nonpriority Creditor's Name

**555 St. Charles Drive**
**Suite 100**
**Thousand Oaks, CA 91360**

When was the debt incurred?     **11/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Account**
**Original Creditor: CARDCONNECT, LLC**
**Original Account #:XXXX38483886**

---

Debtor 1 **DO HYUNG KIM**

Debtor 2 **HYUN JU SIM**                                      Case number (if known) _____

| | |
|---|---|
| **4.8** | **BANK OF HOPE** |

**BANK OF HOPE**
Nonpriority Creditor's Name
**138-02 NORTHERN BLVD.**
**Flushing, NY 11354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **4909**          **$362,861.00**

**When was the debt incurred?** **12/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Loan**
**Business: DH RIDGEWOOD FARM, INC.**

---

| | |
|---|---|
| **4.9** | **BCS ROYAL FOOD INT.CORP** |

**BCS ROYAL FOOD INT.CORP**
Nonpriority Creditor's Name
**47-15 33rd Street**
**Long Island City, NY 11101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$3,272.00**

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

---

| | |
|---|---|
| **4.10** | **C2C RESOURCES, LLC** |

**C2C RESOURCES, LLC**
Nonpriority Creditor's Name
**56 PERIMETER CENTER**
**EAST SUITE 100**
**Atlanta, GA 30346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** **3/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Account**
**Original Creditor: WONDERFUL SALES LLC**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

---

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**                                                    Case number (if known) _____

| 4.1 1 | **CAFE CARIBE INC** | Last 4 digits of account number _____ | $854.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3475 VICTORY BLVD.**
**Staten Island, NY 10314**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **1/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
■ Other. Specify  **11385**

---

| 4.1 2 | **CARDCONNECT, LLC.** | Last 4 digits of account number  **3886** | $363.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1600 TERRELL MILL ROAD SE**
**SUITE 400**
**Marietta, GA 30067**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **5/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Machine Fee**
■ Other. Specify  **BUSINESS: DH RIDGEWOOD FARM, INC.**

---

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**

Case number (if known) _____

| 4.1 3 | **CHEESE UNLIMITED, INC.** | | Last 4 digits of account number _____ _____ | $2,414.00 |

**CHEESE UNLIMITED, INC.**
Nonpriority Creditor's Name
**21-14 50th STREET**
**Woodside, NY 11377**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number _____ _____                          **$2,414.00**

When was the debt incurred?     **10/2019**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

☐ Yes                ■ Other. Specify

---

| 4.1 4 | **CHOICE ONION FARM INC.** | | Last 4 digits of account number _____ _____ | $9,680.00 |

**CHOICE ONION FARM INC.**
Nonpriority Creditor's Name
**84-10 34th AVENUE #4H**
**Jackson Heights, NY 11372**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____ _____                          **$9,680.00**

When was the debt incurred?     **2/2019**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

☐ Yes                ■ Other. Specify

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                     Case number (if known) _____

| | | |
|---|---|---|
| **4.15** | **CITIBANK** | |

Nonpriority Creditor's Name
**PO Box 6034**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Last 4 digits of account number**    9139                        **$2,714.65**

**When was the debt incurred?**    11/2019

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Debt ENDING IN 9139**

| | | |
|---|---|---|
| **4.16** | **Con Edison** | |

Nonpriority Creditor's Name
**PO BOX 138**
**New York, NY 10276-0138**
Number Street City State Zip Code

**Last 4 digits of account number**    0055                        **$5,606.00**

**When was the debt incurred?**    06/2019

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Utility Bill Business: DH Ridgewood Farm Inc.**

| | | |
|---|---|---|
| **4.17** | **CROWN FOOD DISTRIBUTORS** | |

Nonpriority Creditor's Name
**173 S NEWMAN STREET**
**Hackensack, NJ 07601**
Number Street City State Zip Code

**Last 4 digits of account number**    _____                        **$2,872.00**

**When was the debt incurred?**    7/2018

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor Debt BUSINESS: DH RIDGEWOOD FARM, INC. 66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                    Case number (if known) _____

| 4.1 8 | **DIBEK COFFEE OF NEW YORK** | Last 4 digits of account number _____ | $120.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**43 TILLMAN STREET**
**Staten Island, NY 10314**
Number Street City State Zip Code

When was the debt incurred?    **11/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**

☐ Yes

■ Other. Specify   **11385**

---

| 4.1 9 | **DIESEL BEVERAGE INC** | Last 4 digits of account number _____ | $118.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**212 WOLCOTT STREET**
**Brooklyn, NY 11231**
Number Street City State Zip Code

When was the debt incurred?    **2/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**

☐ Yes

■ Other. Specify   **11385**

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                         Case number (if known) _____

| 4.2 0 | **EAGLE NEW YORK** | Last 4 digits of account number _____ | $3,225.00 |

Nonpriority Creditor's Name
**70 OUTWATER LANE**
**Garfield, NJ 07026**
Number Street City State Zip Code

When was the debt incurred?    **4/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

| 4.2 1 | **EUROPEAN NATURAL FOOD** | Last 4 digits of account number _____ | $897.00 |

Nonpriority Creditor's Name
**& TRADING COMPANY**
**72 LEHIGH AVENUE**
**Paterson, NJ 07503**
Number Street City State Zip Code

When was the debt incurred?    **1/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.2 2 | |
|---|---|

**FERRANTE & ASSOCIATES**

Nonpriority Creditor's Name

**212-05 41st AVENUE**
**Bayside, NY 11361**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?**    03/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
**Original Creditor: UNION BEER**
**DISTRIBUTORS**
☑ Other. Specify  **Original Account #:Q8400**

---

| 4.2 3 | |
|---|---|

**FIRST DATA GLOBAL LEASING**

Nonpriority Creditor's Name

**P.O. BOX 173845**
**Denver, CO 80217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   3886          **$4,915.00**

**When was the debt incurred?**    12/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Equipment Lease**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
☑ Other. Specify  **11385**

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                                    Case number (if known) _____

| 4.2 4 | **FRATT INC.** | Last 4 digits of account number _____ | **$8,552.00** |

Nonpriority Creditor's Name
**395 WASHINGTON AVENUE**
**Cliffside Park, NJ 07010**
Number Street City State Zip Code

When was the debt incurred?    **12/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

☐ Yes

| 4.2 5 | **FRESH PRODUCE DISTRIBUTOR** | Last 4 digits of account number _____ | **$1,428.00** |

Nonpriority Creditor's Name
**11725 Ferndale Street**
**Philadelphia, PA 19116**
Number Street City State Zip Code

When was the debt incurred?    **11/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

☐ Yes

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                              Case number (if known) _____

| 4.2 6 | | | |
|---|---|---|---|

**GALIL IMPORTING CORP.**
Nonpriority Creditor's Name
**120 EILEEN WAY**
**Syosset, NY 11791**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____                    $1,091.00

**When was the debt incurred?**    1/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
■ Other. Specify  **11385**

---

| 4.2 7 | | | |
|---|---|---|---|

**GARCIA AND REYES PRODUCE**
Nonpriority Creditor's Name
**340 53rd STREET**
**Brooklyn, NY 11220**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____                    $1,638.00

**When was the debt incurred?**    10/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
■ Other. Specify  **11385**

---

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.2 8 | | | |
|---|---|---|---|

**GOYA**

Nonpriority Creditor's Name

**350 COUNTRY ROAD**
**Jersey City, NJ 07307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$1,784.00**

**When was the debt incurred?**    **9/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

| 4.2 9 | | | |
|---|---|---|---|

**HITMARK REPUBLIC INC.**

Nonpriority Creditor's Name

**168 48th STREET**
**Brooklyn, NY 11232**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$1,005.00**

**When was the debt incurred?**    **12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.3 0 | **HOWARD SCHACHTER,ESQ.** | | **Last 4 digits of account number** | **0020** | | | **Unknown** |

**HOWARD SCHACHTER,ESQ.**
Nonpriority Creditor's Name
**PRESSLER, F& WARSHAW, LLP**
**305 BROADWAY SUITE 802**
**New York, NY 10007**
Number Street City State Zip Code

**When was the debt incurred?**   **7/2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney for Collectiion Creditor**
**Collection Creditor : Midland Credit Management**

---

| 4.3 1 | **HUNTER WARFIELD** | | **Last 4 digits of account number** | **7353** | | | **Unknown** |

**HUNTER WARFIELD**
Nonpriority Creditor's Name
**4620 WOODLAWN CORP BLVD**
**Tampa, FL 33614**
Number Street City State Zip Code

**When was the debt incurred?**   **6/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account**
**Original Creditor: FIRST DATE GLOBAL LEASING**
**LEASE # 052-1215483-XXX**

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number (if known) _____

| 4.3 2 | **I.C. SYSTEM, INC.** | Last 4 digits of account number | **2169** | | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 64437**
**Saint Paul, MN 55164**
Number Street City State Zip Code

**When was the debt incurred?**    **10/2019**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify

**Collection Account**
**Original Creditor: VERIZON**
**Original Account #: ENDING IN 0174**

| 4.3 3 | **J&J FARMS CREAMERY** | Last 4 digits of account number | | | **$2,676.00** |

Nonpriority Creditor's Name
**57-48 49th STREET**
**Maspeth, NY 11378**
Number Street City State Zip Code

**When was the debt incurred?**    **4/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**                                          Case number (if known)

| 4.3 4 | **J&J NY DISTRIBUTORS** | **Last 4 digits of account number** | | **$2,131.00** |

Nonpriority Creditor's Name

**1343 LAFAYETTE AVENUE**
**Bronx, NY 10474**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    7/2018

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

---

| 4.3 5 | **JOHN AUGUST, ESQ.** | **Last 4 digits of account number**   4909 | | **Unknown** |

Nonpriority Creditor's Name

**SAIBER LLC**
**18 Columbia Turnpike #200**
**Florham Park, NJ 07932**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    16/2019

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Attorney for Creditor**
**Original Creditor: BANK OF HOPE**

---

| 4.3 6 | **JPMORGAN CHASE BANK** | **Last 4 digits of account number**   3881 | | **$8,781.00** |

Nonpriority Creditor's Name

**P.O.Box 15145**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    11/2019

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Debt**

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number (if known) _____

| 4.3 7 | | | |
|---|---|---|---|

**JPMORGAN CHASE BANK**
Nonpriority Creditor's Name
**P.O.Box 15145**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **3659**                $10,127.00

When was the debt incurred?    **9/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Debt**

---

| 4.3 8 | | | |
|---|---|---|---|

**JPMORGAN CHASE BANK**
Nonpriority Creditor's Name
**P.O.Box 15145**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6422**                $35,517.00

When was the debt incurred?    **05/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Card Debt**
**Business: DH RIDGEWOOD FARM, INC.**

---

| 4.3 9 | | | |
|---|---|---|---|

**JPMORGAN CHASE BANK**
Nonpriority Creditor's Name
**P.O.Box 15145**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **7945**                $39,287.00

When was the debt incurred?    **06/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Card Debt**
**Business : DH RIDGEWOOD FARM,INC.**

---

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                                                                           Case number *(if known)* _____

| 4.40 | **JPMORGAN CHASE BANK** | Last 4 digits of account number | **9478** | | **$21,852.00** |

Nonpriority Creditor's Name
**P.O.Box 15145**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Card Debt**
  **BUSINESS: VITALITY YOGA LLC**

---

| 4.41 | **KRASDALE** | Last 4 digits of account number | **7071** | | **$4,319.00** |

Nonpriority Creditor's Name
**65 West Red Oak Lane**
**White Plains, NY 10604**
Number Street City State Zip Code

**When was the debt incurred?**   **12/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Debt**
  **BUSINESS: DH RIDGEWOOD FARM, INC.**

---

| 4.42 | **KRINOS FOODS LLC** | Last 4 digits of account number | | | **$6,797.00** |

Nonpriority Creditor's Name
**1750 BATHGATE AVENUE**
**Bronx, NY 10457**
Number Street City State Zip Code

**When was the debt incurred?**   **12/2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Vendor Debt**
  **BUSINESS: DH RIDGEWOOD FARM, INC.**
  **66-38/40 Fresh Pond Road, Ridgewood, NY**
  **11385**

---

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                    Case number (if known)

| 4.4 3 | **KRISTINE FLYNN,ESQ.** | | **Last 4 digits of account number** | **3277** | **$8,781.00** |

Nonpriority Creditor's Name
**MULLOOLY, JEFFREY,ROONEY**
**6851 JERICHO TURNPIKE 220**
**Syosset, NY 11791**

**When was the debt incurred?**  10/2020

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Attorney for Creditor**
**Original Creditor: JPMORGAN CHASE BANK**
**Original Account #: ending in 3881**

| 4.4 4 | **LA SQUISITA FOOD CORP.** | | **Last 4 digits of account number** | | **$788.00** |

Nonpriority Creditor's Name
**2 SOUTH STREET**
**Mount Vernon, NY 10550**

**When was the debt incurred?**  3/2017

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.4 5 | **Leopold Gross& Sommers PC** | Last 4 digits of account number | **25FM** | | Unknown |

Nonpriority Creditor's Name

**16 Court Street**
**Ste 501**
**Brooklyn, NY 11241**
Number Street City State Zip Code

When was the debt incurred?  **10/2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Attorney for Original Creditor:**
**NYC DEPT OF CONSUMER AFFAIRS**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

□ Yes

■ Other. Specify  **DCA Violation # LL005436327**

| 4.4 6 | **Leopold Gross& Sommers PC** | Last 4 digits of account number | **23FM** | | Unknown |

Nonpriority Creditor's Name

**16 Court Street**
**Ste 501**
**Brooklyn, NY 11241**
Number Street City State Zip Code

When was the debt incurred?  **10/2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Attorney fo Original Creditor:**
**NYC DEPT OF CONSUMER AFFAIRS**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

□ Yes

■ Other. Specify  **DCA Violation # SL003091524**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                                                 Case number *(if known)*

| 4.4 7 | **Leopold Gross& Sommers PC** | Last 4 digits of account number | **24FM** | Unknown |

Nonpriority Creditor's Name

**16 Court Street**
**Ste 501**
**Brooklyn, NY 11241**
Number Street City State Zip Code

When was the debt incurred?   **10/2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Attorney for Original Creditor:**
**NYC DEPT OF CONSUMER AFFAIRS**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**DCA Violation # OL005436326(WM)**

| 4.4 8 | **LEVY'S BAKERY** | Last 4 digits of account number | | $295.00 |

Nonpriority Creditor's Name

**6379 Saunders Street**
**Rego Park, NY 11374**
Number Street City State Zip Code

When was the debt incurred?   **1/2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                      Case number (if known) _____

| 4.4 9 | | | |
|---|---|---|---|

**MANHATTAN BEER**                    **Last 4 digits of account number** _____    **$396.00**
Nonpriority Creditor's Name
**DISTRIBUTORS**                      **When was the debt incurred?**    **3/2018**
**955 EAST 149 STREET**
**Bronx, NY 10455**
Number Street City State Zip Code     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                       ☐ Contingent

☐ Debtor 2 only                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                      **Vendor Debt**
                                      **BUSINESS: DH RIDGEWOOD FARM, INC.**
                                      **66-38/40 Fresh Pond Road, Ridgewood, NY**
☐ Yes          ■ Other. Specify **11385**

| 4.5 0 | | | |
|---|---|---|---|

**MARCH HEALTH FOOD, INC.**          **Last 4 digits of account number** _____    **$4,263.00**
Nonpriority Creditor's Name
**200 LIBERTY STREET**                **When was the debt incurred?**    **11/2018**
**Little Ferry, NJ 07643**
Number Street City State Zip Code     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                       ☐ Contingent

☐ Debtor 2 only                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                      **Vendor Debt**
                                      **BUSINESS: DH RIDGEWOOD FARM, INC.**
                                      **66-38/40 Fresh Pond Road, Ridgewood, NY**
☐ Yes          ■ Other. Specify **11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.5 1 | | | |
|---|---|---|---|

**MAXINE CHEVLOWE**
Nonpriority Creditor's Name

**95-20 63rd ROAD**
**SUITE A**
**Rego Park, NY 11374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **5588**              **Unknown**

When was the debt incurred?    **2/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Marshal Docket No.115588**
**COMMERCIAL EVICTION**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

| 4.5 2 | | | |
|---|---|---|---|

**McCarthy, Burgess Wolff**
Nonpriority Creditor's Name

**26000 Cannon Road**
**Bedford, OH 44146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **8086**              **Unknown**

When was the debt incurred?    **01/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Account**
**Original Creditor: VERIZON**
**Original Account #: ENDING IN 0174**

Debtor 1 **DO HYUNG KIM**
Debtor 2 **HYUN JU SIM**

Case number (if known) _____

| 4.5 3 | **McCarthy, Burgess Wolff** | Last 4 digits of account number | **6584** | Unknown |

Nonpriority Creditor's Name
**The MB & W Building**
**26000 Cannon Road**
**Bedford, OH 44146**
Number Street City State Zip Code

When was the debt incurred? **9/2019**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Account**
**Original Creditor: WESCO INSURANCE**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**Original Account #:16658XXX**

| 4.5 4 | **MEDIA COLLECTIONS, INC.** | Last 4 digits of account number | **4050** | Unknown |

Nonpriority Creditor's Name
**8948 CANYON FALLS BLVD.**
**SUITE 200**
**Twinsburg, OH 44087**
Number Street City State Zip Code

When was the debt incurred? **12/2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Account**
**Original Creditor: WESCO INSURANCE**
**COMPANY**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**Original Account #: 16658XXX**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.5 5 | **MEDIA COLLECTIONS, INC.** | Last 4 digits of account number | **4049** | **Unknown** |

Nonpriority Creditor's Name

**8948 CANYON FALLS BLVD.**
**SUITE 200**
**Twinsburg, OH 44087**

When was the debt incurred?  **11/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
**Original Creditor: WESCO INSURANCE COMPANY**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

☐ Yes

■ Other. Specify  **Original Account #: WWC3270XXX**

---

| 4.5 6 | **METRO CHEESE, INC.** | Last 4 digits of account number | | **$5,936.00** |

Nonpriority Creditor's Name

**25 CHARLOTTE AVENUE**
**Hicksville, NY 11801**

When was the debt incurred?  **9/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

☐ Yes

■ Other. Specify

---

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**

Case number *(if known)* _____

| 4.5 7 | | | |
|---|---|---|---|
| | **MICHAEL FAILLACE,ESQ.** | Last 4 digits of account number | **0669** | **$29,000.00** |

Nonpriority Creditor's Name

**MICHAEL FAILLACE & ASSOCIATES, P.C.**
**60 E. 42nd ST #4510**
**New York, NY 10165**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **5/2020**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Attorney for Plaintiff Creditor: Milton Boanerges Ayala Canas**

| 4.5 8 | | | |
|---|---|---|---|
| | **Midland Credit Management** | Last 4 digits of account number | **1149** | **$2,714.00** |

Nonpriority Creditor's Name

**PO Box 301030**
**Los Angeles, CA 90030**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **05/2019**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Account Original Creditor: CITIBANK Original Account #:ENDING IN 9139**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                   Case number (if known) _____

| 4.5 9 | **MOTTO FOOD LLC** | **Last 4 digits of account number** _____ | **$2,100.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**239 LINDBERGH PLACE**            **When was the debt incurred?**    **12/2017**
**BUILDING A**
**Paterson, NJ 07503**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**     report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Vendor Debt**
                                           **BUSINESS: DH RIDGEWOOD FARM, INC.**
☐ Yes                                      **66-38/40 Fresh Pond Road, Ridgewood, NY**
                            ■ Other. Specify  **11385**

| 4.6 0 | **MR.T CARTING CORP.** | **Last 4 digits of account number**   **6001** | **$2,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**73-10 EDSALL AVENUE**            **When was the debt incurred?**    **2/2019**
**Ridgewood, NY 11385**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**     report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Professional Service**
☐ Yes                              ■ Other. Specify  **BUSINESS: DH RIDGEWOOD FARM, INC.**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                        Case number (if known) _____

| 4.6 1 | | | |
|---|---|---|---|

**NASSAU PROVISIONS**
Nonpriority Creditor's Name

**KOSHER FOODS, INC.**
**700 FURROWS ROAD**
**Freeport, NY 11520**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          **$689.00**

When was the debt incurred?      **10/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

| 4.6 2 | | | |
|---|---|---|---|

**NATIONAL GENERAL**
Nonpriority Creditor's Name

**P.O. BOX 3199**
**Winston Salem, NC 27102**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **1769**          **$208.00**

When was the debt incurred?      **10/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Auto insurance premium**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| | | |
|---|---|---|
| **4.6 3** | **NATURAL FOOD INC.** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$5,785.00** |
| **64-31 108th STREET** | | |
| **Forest Hills, NY 11375** | When was the debt incurred?  **1/2018** | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

| | | |
|---|---|---|
| **4.6 4** | **NEW FARM** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$5,807.00** |
| **201 POWELL STREET** | | |
| **Brooklyn, NY 11212** | When was the debt incurred?  **4/2017** | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.6 5 | **Northstar Location** | | Last 4 digits of account number | **2081** | | **Unknown** |

**Northstar Location**
Nonpriority Creditor's Name
**Services, LLC**
**4285 Genesse St**
**Buffalo, NY 14225-1943**
Number Street City State Zip Code

Last 4 digits of account number  **2081**

When was the debt incurred?  **12/2019**

**Unknown**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
**Original Creditor: FIRST DATE GLOBAL**
**LEASING**
■ Other. Specify  **LEASE # 052-1215483-XXX**

| 4.6 6 | **NOVINAX REALTY LLC** | | Last 4 digits of account number | **DH Ridgewood Farm** | | **Unknown** |

**NOVINAX REALTY LLC**
Nonpriority Creditor's Name
**212 Higbie Lane**
**West Islip, NY 11795**
Number Street City State Zip Code

Last 4 digits of account number  **DH Ridgewood Farm**

When was the debt incurred?  **3/2019**

**Unknown**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Rent Arrears**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.6 7 | **NYC Department of Finance** | **Last 4 digits of account number** | 9344 _____ | **$120.27** |

Nonpriority Creditor's Name
**59 Maiden lane #28FL**
**New York, NY 10038**

**When was the debt incurred?**    5/2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NEW YORK CITY TAX ARREAR LIQUOR LICENSE TAX #250-100060694402 BUSINESS: DH RIDGEWOOD FARM, INC.**

| 4.6 8 | **NYC DEPT OF** | **Last 4 digits of account number** | _____ | **$2,910.00** |

Nonpriority Creditor's Name
**COMSUMER AFFAIRS**
**42 Broadway**
**New York, NY 10004**

**When was the debt incurred?**    6/2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **FINE(S) AND/OR FEE(S) SUMMONS: 05436327 & 05436326 BUSINESS: DH RIDGEWOOD FARM, INC. 66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1 **DO HYUNG KIM**
Debtor 2 **HYUN JU SIM**                                          Case number (if known) _____

| 4.6 9 | | | |
|---|---|---|---|

**NYS Dept of Tax & Finance**
Nonpriority Creditor's Name
**Bus. Liability Res. Ctr.**
**W A Harriman Campus**
**Albany, NY 12227-0841**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** 9476                $377.60

**When was the debt incurred?** 8/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
**NEW YORK STATE TAX**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

---

| 4.7 0 | | | |
|---|---|---|---|

**PennCreditCorporation**
Nonpriority Creditor's Name
**2800 Commerce Drive**
**Harrisburg, PA 17110**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** 9944                Unknown

**When was the debt incurred?** 2/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
**Collection Account**
**Original Creditor: New York City Dept of**
**Finance**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

---

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**                                                    Case number (if known) _____

| 4.7 1 | | | |
|---|---|---|---|

**PHILADELPHIA INS. CO.**

Nonpriority Creditor's Name

**1 BALA PLAZA**
**SUITE 100**
**Bala Cynwyd, PA 19004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8619**                    **$1,074.00**

**When was the debt incurred?**    **2/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **INSURANCE PREMIUM**
**BUSINESS: VITALITY YOGA LLC**

| 4.7 2 | | | |
|---|---|---|---|

**Portfolio Recovery Ass**

Nonpriority Creditor's Name

**PO Box 12903**
**Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1102**                    **Unknown**

**When was the debt incurred?**    **1/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Account**
**Original Creditor:SYNCHRONY BANK**
**Original Account #:ENDING IN 1102**

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.7 3 | | | |
|---|---|---|---|

**PPC PRODUCE INC**

Nonpriority Creditor's Name

**154-15 21st  AVENUE**

**Whitestone, NY 11357**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$6,039.00**

**When was the debt incurred?**   **12/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**

■ Other. Specify  **BUSINESS: DH RIDGEWOOD FARM, INC.**

**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

| 4.7 4 | | | |
|---|---|---|---|

**PREFERRED BEVERAGE DIST.**

Nonpriority Creditor's Name

**1539 COVERT STREET**

**Ridgewood, NY 11385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$312.00**

**When was the debt incurred?**   **8/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**

■ Other. Specify  **BUSINESS: DH RIDGEWOOD FARM, INC.**

**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| | | |
|---|---|---|
| **4.75** | **RGS Financial** | |

Nonpriority Creditor's Name

**PO BOX 6559**
**Englewood, CO 80155-2039**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**  **1584**          **$241.00**

**When was the debt incurred?**  **ENDING IN 1102**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
■ Other. Specify **Original Creditor: TD BANK / NORDSTROM**
**Original Account #: ENDING IN 1584**

| | | |
|---|---|---|
| **4.76** | **RTR FINANCIAL SERVICES** | |

Nonpriority Creditor's Name

**P.O. BOX 60640**
**Staten Island, NY 10306**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**  **1344**          **Unknown**

**When was the debt incurred?**  **5/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
■ Other. Specify **Original Creditor: NYC DEPT OF FINANCE**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                    Case number (if known) _____

| 4.7 7 | | | |
|---|---|---|---|

**SKI BEER CORP.**

Nonpriority Creditor's Name
**169 GARDNER AVENUE**
**Brooklyn, NY 11237**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____  **$644.00**

**When was the debt incurred?**  **11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
■ Other. Specify  **11385**

---

| 4.7 8 | | | |
|---|---|---|---|

**SOLINA BAKERY**

Nonpriority Creditor's Name
**15-09 129th  STREET**
**College Point, NY 11356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____  **$1,155.00**

**When was the debt incurred?**  **5/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
■ Other. Specify  **11385**

---

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.7 9 | | | |
|---|---|---|---|

**SOPHIA FOODS INC.**
Nonpriority Creditor's Name
**450 WORTMAN AVENUE**
**Brooklyn, NY 11208**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____                    **$533.00**

When was the debt incurred?     **9/2018**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

- ☐ Yes
- ■ Other. Specify

| 4.8 0 | | | |
|---|---|---|---|

**SPATOLA-LATTICINI**
Nonpriority Creditor's Name
**1852 DECATUR STREET**
**Ridgewood, NY 11385**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____                    **$693.00**

When was the debt incurred?     **3/2017**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

- ☐ Yes
- ■ Other. Specify

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.8 1 | **STARK GROUP INTERNATIONAL** | Last 4 digits of account number _____ | **$1,189.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**250 FOREST DRIVE**
**Greenvale, NY 11548**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred?    **4/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

| 4.8 2 | **SUPREME STAR** | Last 4 digits of account number _____ | **$982.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**DIVISION OF SNACKS**
**105 HARBOR DRIVE**
**Jersey City, NJ 07305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

When was the debt incurred?    **11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.8 3 | **SYNCHRONY BANK** | Last 4 digits of account number  **1102** | **$2,850.86** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY DEPT.**
**P.O. Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **09/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Debt**

---

| 4.8 4 | **SYNCHRONY BANK** | Last 4 digits of account number  **8303** | **Unknown** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY DEPT.**
**P.O. Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **07/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Debt**

---

| 4.8 5 | **SYNERGETIC COMMUNICATION** | Last 4 digits of account number  **2JCS** | **Unknown** |

Nonpriority Creditor's Name
**5450 N.W.CENTRAL #220**
**Houston, TX 77092**
Number Street City State Zip Code

When was the debt incurred?  **11/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Account**
**Original Creditor: TD BANK**
**/NORDSTROM**
**Original Account #: ENDING IN 1584**

---

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.8 6 | **TD BANK / NORDSTROM** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**BANKRUPTCY DEPT.**
**P.O. BOX 9547**
**Portland, ME 04112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1584**                                   **$373.57**

**When was the debt incurred?**  **05/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Debt**

---

| 4.8 7 | **TRANSWORLD SYSTEMS INC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**500 VIRGINIA DRIVE**
**SUITE 514**
**Fort Washington, PA 19034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number**  **1204**                                   **Unknown**

**When was the debt incurred?**  **6/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Collection Account**
**Original Creditor: MR T CARTING CORP**
■ Other. Specify  **Original Account #:10086XXX**

---

Debtor 1 **DO HYUNG KIM**

Debtor 2 **HYUN JU SIM**

Case number (if known) _____

| 4.8 8 | **TROPICANA** | Last 4 digits of account number _____ _____ _____ _____ | **$401.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**7-02 154th STREET**
**Whitestone, NY 11357**

When was the debt incurred?    12/2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

□ Yes

■ Other. Specify

---

| 4.8 9 | **TURKANA FOOD** | Last 4 digits of account number _____ _____ _____ _____ | **$2,830.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**555 N MICHIGAN AVENUE**
**Kenilworth, NJ 07033**

When was the debt incurred?    2/2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**
**BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

□ Yes

■ Other. Specify

---

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**                                      Case number (if known) _____

| 4.90 | **UNI PRODUCTS, INC.** | | **$5,615.00** |

**UNI PRODUCTS, INC.**
Nonpriority Creditor's Name
**147-48 ROOSEVELT AVENUE**
**Flushing, NY 11354**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number ____ ____ ____ ____                        **$5,615.00**

**When was the debt incurred?**    **2/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No

☐ Yes

**Vendor Debt**
■ Other. Specify   **BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

---

| 4.91 | **UNION BEER DISTRIBUTORS** | | **$998.00** |

**UNION BEER DISTRIBUTORS**
Nonpriority Creditor's Name
**1213 GRAND STREET**
**Brooklyn, NY 11211**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number   **8400**                        **$998.00**

**When was the debt incurred?**    **09/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No

☐ Yes

**Vendor Debt**
■ Other. Specify   **BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY 11385**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number *(if known)* _____

| 4.9 2 | **UNIVERSITY FIDELITY LP** | Last 4 digits of account number | 0336 | **Unknown** |

Nonpriority Creditor's Name
**P.O. BOX 5369**
**Katy, TX 77491**
Number Street City State Zip Code

When was the debt incurred?  **5/2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Account**
**Original Creditor: NYC DEPT OF FINANCE**
**BUSINESS: DH RIDGEWOOD FARM, INC.**

---

| 4.9 3 | **US BANK** | Last 4 digits of account number | 1924 | **$34,057.05** |

Nonpriority Creditor's Name
**O.O. BOX 068**
**Cragsmoor, NY 12420**
Number Street City State Zip Code

When was the debt incurred?  **6/2019**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Automobile Lease**

---

| 4.9 4 | **Verizon Bankruptcy Admins** | Last 4 digits of account number | 0174 | **$1,097.00** |

Nonpriority Creditor's Name
**PO BOX 3397**
**Bloomington, IL 61702**
Number Street City State Zip Code

When was the debt incurred?  **05/2019**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Phone Bill**
**Business: DH Ridgewood Farm Inc.**

---

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**

Case number (if known) _____

| 4.9 5 | **VINTAGE** | Last 4 digits of account number _____ | | **$7,087.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**849 NEWARK TURNPIKE**
**Kearny, NJ 07032**

When was the debt incurred?    **8/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Vendor Debt**

☐ Yes

■ Other. Specify  **BUSINESS: DH RIDGEWOOD FARM, INC.**
**66-38/40 Fresh Pond Road, Ridgewood, NY**
**11385**

| 4.9 6 | **WESCO INSURANCE COMPANY** | Last 4 digits of account number    **0192** | | **$628.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**800 SUPERIOR AVE EAST #21**
**Cleveland, OH 44114**

When was the debt incurred?    **4/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Insurance premium**

☐ Yes

■ Other. Specify  **BUSINESS : VITALITY YOGA LLC**

Debtor 1  **DO HYUNG KIM**
Debtor 2  **HYUN JU SIM**                                                          Case number (if known) _____

| 4.97 | | | |
|---|---|---|---|

**WONDERFUL SALES LLC**                    Last 4 digits of account number _____              **$2,922.00**
Nonpriority Creditor's Name
**1166 MANHATTAN AVENUE**                When was the debt incurred?    **11/2018**
**Brooklyn, NY 11222**
Number Street City State Zip Code               **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

■ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Vendor Debt**
                                           **BUSINESS: DH RIDGEWOOD FARM, INC.**
☐ Yes                                      ■ Other. Specify  **66-38/40 Fresh Pond Road, Ridgewood, NY**
                                           **11385**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 719,572.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 719,572.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DO HYUNG KIM** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **Acura Financial Services**<br>**P.O. Box 7003**<br>**Holyoke, MA 01041** | **2020 Acura MDX Car Lease**<br>**Lease Maturity Date 05/2024**<br>**Account ending in 7986** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DO HYUNG KIM** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **HYUN JU SIM** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number    Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number    Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1     **DO HYUNG KIM**

Debtor 2     **HYUN JU SIM**
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(if known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ■ Not employed |
| **Occupation** | | | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | | |

**Part 2:**    **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $    0.00 | $    0.00 |
| 3. | Estimate and list monthly overtime pay. | 3.   +$    0.00 | +$    0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4.   $    0.00 | $    0.00 |

Debtor 1  DO HYUNG KIM
Debtor 2  HYUN JU SIM

Case number *(if known)* _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | 8d. | $ 1,600.00 | $ 2,000.00 |
| | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,600.00 | $ 2,000.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,600.00 + | $ 2,000.00 = $ 3,600.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____          11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies          12. $ 3,600.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **DO HYUNG KIM** |
| Debtor 2 (Spouse, if filing) | **HYUN JU SIM** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.  Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 7 | ☐ No  ■ Yes |
| Son | 11 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do you have expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,500.00 |

If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **DO HYUNG KIM** | | | | Case number (if known) | |
|---|---|---|---|---|---|---|
| Debtor 2 | **HYUN JU SIM** | | | | | |

6. **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 90.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 135.00 |
| 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 450.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 150.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 130.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 60.00 |

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. ........................... 12. $ 150.00

| | | | | |
|---|---|---|---|---|
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 330.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 120.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: ........................... 16. $ 0.00

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 385.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** ... 18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: ........................... 19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

21. **Other:** Specify: ........................... 21. +$ 0.00

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | 3,600.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,600.00 |

23. **Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 3,600.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | 3,600.00 |

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*. ........................... 23c. $ 0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

Fill in this information to identify your case:

| Debtor 1 | **DO HYUNG KIM** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ DO HYUNG KIM                          X /s/ HYUN JU SIM
**DO HYUNG KIM**                             **HYUN JU SIM**
Signature of Debtor 1                         Signature of Debtor 2

Date  **June 11, 2021**                       Date  **June 11, 2021**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DO HYUNG KIM** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $24,217.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**

Case number *(if known)* _____

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $30,415.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.**   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | **Unemployment** | **$16,000.00** | **Unemployment** | **$20,000.00** |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■   No
☐   Yes. List all payments to an insider.

| **Insider's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Reason for this payment** |
|---|---|---|---|---|

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **DO HYUNG KIM** | | |
|---|---|---|---|
| Debtor 2 | **HYUN JU SIM** | | Case number *(if known)* |

**insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

<hr>

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland Credit Management, INC. V. DOHYUNG KIM** 027700/2020 | Collection | **CIVIL COURT OF THE CITY OF NEW YORK 89-17 SUTPHIN BLVD Jamaica, NY 11435** | ■ Pending ☐ On appeal ☐ Concluded |
| **JPMORGAN CHASE BANK V. HYUN J SIM** 025395/20 | Collection | **CIVIL COURT OF THE CITY OF NEW YORK 89-17 SUTPHIN BLVD Jamaica, NY 11435** | ■ Pending ☐ On appeal ☐ Concluded |
| **AMERICAN EXPRESS NATIONAL BANK V. DO KIM A/K/A DO HYUNG KIM & VITALITY YOGA LLC** 031573/19 | Collection | **CIVIL COURT OF THE CITY OF NEW YORK 89-17 SUTPHIN BLVD Jamaica, NY 11435** | ■ Pending ☐ On appeal ☐ Concluded |
| **BANK OF HOPE V. DH RIDGEWOOD FARM, INC., DO HYUNG KIM, HYUNJU SIM AND VITALITY YOGA LLC** 653459/ 2019 | Contract | **SUPREME COURT OF NEW YORK 60 CENTRE STREET New York, NY 10007** | ☐ Pending ☐ On appeal ■ Concluded |
| **KRASDALE FOODS , INC. V. DOHYUNG KIM AND DH RIDGEWOOD FARM, INC.** 013837/2019 | Commercial Civil | **CIVIL COURT of the CITY OF NEW YORK 89-17 Sutphin Blvd. Jamaica, NY 11435** | ☐ Pending ☐ On appeal ■ Concluded |
| **ABRAHAM NATURAL FOOD CORP. v. DH RIDGEWOOD FARM, INC.** 013015/2019 | Commercial Civil | **CIVIL COURT of the CITY OF NEW YORK 89-17 Sutphin Blvd. Jamaica, NY 11435** | ☐ Pending ☐ On appeal ■ Concluded |
| **MILTON BOANERGES AYALA CANAS V. DH RIDGEWOOD FARM, INC. (D/B/A DH RIDGEWOOD FARM), DO HYUNG KIM, AND JOON CHUL LEE** 18-CV-00669-BMV | Civil | **SUPREME COURT OF NEW YORK** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                                            Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address *(Number, Street, City, State and ZIP Code)* | | | |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Address | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number *(if known)* _____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Jeremy D. Sung. P.C.<br>38-12 150th Street<br>Flushing, NY 11354 | **ATTORNEY FEES** | | $3,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    DO HYUNG KIM

Debtor 2    HYUN JU SIM

Case number *(if known)* _____

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility **Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it? **Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name **Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**                                                                          Case number *(if known)* _____

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No**. None of the above applies.  Go to Part 12.

■ **Yes**. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **DH RIDGEWOOD FARM INC**<br>**66-38 FRESH POND ROAD**<br>**Ridgewood, NY 11385** | **GROCERY STORE** | EIN:   **46-4870524**<br><br>From-To   **12/2016-3/2019 (EVICTED)** |
| **VITALITY YOGA LLC**<br>**41-25 BELL BLVD. #2FL**<br>**Bayside, NY 11361** | **YOGA CENTER** | EIN:   **20-5731044**<br><br>From-To   **10/2006 - 9/2020 (Closed)** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes**. Fill in the details below.

Name                                                              Date Issued
Address
(Number, Street, City, State and ZIP Code)

<span style="background:black;color:white">Part 12:</span>  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571

**/s/ DO HYUNG KIM**                                  **/s/ HYUN JU SIM**
**DO HYUNG KIM**                                         **HYUN JU SIM**
**Signature of Debtor 1**                              **Signature of Debtor 2**

Date   **June 11, 2021**                                Date   **June 11, 2021**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **DO HYUNG KIM** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HYUN JU SIM** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number (*if known*) _____

name: _____

☐  Retain the property and redeem it.                        ☐ Yes
☐  Retain the property and enter into a
   *Reaffirmation Agreement.*

Description of
property                        ☐  Retain the property and [explain]:
securing debt:

_____

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                        Will the lease be assumed?

Lessor's name:        **Acura Financial Services**

                                                   ☐  No

                                                   ■  Yes

Description of leased        **2020 Acura MDX Car Lease**
Property:                **Lease Maturity Date 05/2024**
                        **Account ending in 7986**

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X   **/s/ DO HYUNG KIM**                        X   **/s/ HYUN JU SIM**
    **DO HYUNG KIM**                                **HYUN JU SIM**
    Signature of Debtor 1                            Signature of Debtor 2

    Date    **June 11, 2021**                        Date    **June 11, 2021**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1  **DO HYUNG KIM**

Debtor 2  **HYUN JU SIM**
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**   Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $          0.00 | $          0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $          0.00 | $          0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $          0.00 | $          0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $     0.00 | | |
| Ordinary and necessary operating expenses | -$     0.00 | | |
| Net monthly income from a business, profession, or farm $     0.00   Copy here -> | $          0.00 | $          0.00 |

6.  **Net income from rental and other real property**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $     0.00 | | |
| Ordinary and necessary operating expenses | -$     0.00 | | |
| Net monthly income from rental or other real property $     0.00   Copy here -> | $          0.00 | $          0.00 |

| 7. | **Interest, dividends, and royalties** | $          0.00 | $          0.00 |
|---|---|---|---|

Debtor 1    **DO HYUNG KIM**
Debtor 2    **HYUN JU SIM**

Case number *(if known)* _____

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation**     $    **0.00**    $    **0.00**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you  ................................................. $    **9,600.00**

For your spouse  ........................... $    **12,000.00**

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $    **0.00**    $    **0.00**

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____ $    **0.00**    $    **0.00**

_____ $    **0.00**    $    **0.00**

Total amounts from separate pages, if any.    + $    **0.00**    $    **0.00**

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $    **0.00**   +   $    **0.00**   =   $    **0.00**

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

---

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11  .................. **Copy line 11 here=>**    $    **0.00**

Multiply by 12 (the number of months in a year)     **x 12**

12b. The result is your annual income for this part of the form     12b.   $    **0.00**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     **NY**

Fill in the number of people in your household.     **4**

Fill in the median family income for your state and size of household.     13.   $    **111,054.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.   ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ DO HYUNG KIM**        X **/s/ HYUN JU SIM**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **DO HYUNG KIM**
Debtor 2   **HYUN JU SIM**                               Case number (*if known*)

| | |
|---|---|
| **DO HYUNG KIM**<br>Signature of Debtor 1 | **HYUN JU SIM**<br>Signature of Debtor 2 |
| Date  **June 11, 2021**<br>     MM / DD / YYYY | Date  **June 11, 2021**<br>     MM / DD / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

    You are an individual filing for bankruptcy, and

    Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **DO HYUNG KIM**
**HYUN JU SIM**

Debtor(s)    Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 11, 2021**
*Date*

**/s/ JEREMY D. SUNG**
**JEREMY D. SUNG 4288619**
*Signature of Attorney*
**LAW OFFICES OF JEREMY D SUNG**
**38-12 150TH STREET**
**Flushing, NY 11354**
**718-939-1110  Fax: 718-939-2179**
**jeremy@jeremysunglaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of New York

In re  **DO HYUNG KIM**
     **HYUN JU SIM**

_____
Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **June 11, 2021** _____

**/s/ DO HYUNG KIM**
**DO HYUNG KIM**
Signature of Debtor

Date:  **June 11, 2021** _____

**/s/ HYUN JU SIM**
**HYUN JU SIM**
Signature of Debtor

Date:  **June 11, 2021** _____

**/s/ JEREMY D. SUNG**
Signature of Attorney
**JEREMY D. SUNG 4288619**
**LAW OFFICES OF JEREMY D SUNG**
**38-12 150TH STREET**
**Flushing, NY 11354**
**718-939-1110  Fax: 718-939-2179**

ABRAHAM NATURAL FOOD CORP
30-20 REVIEW AVE
Long Island City, NY 11101


ACME SMOKED FISH CORP
30 GEM STREET
Brooklyn, NY 11222


Acura Financial Services
P.O. Box 7003
Holyoke, MA 01041


ALLEN PERLSTEIN, ESQ.
HARFENIST KRAUT &
PERLSTEIN LLP
3000 Marcus Ave #2E1
New Hyde Park, NY 11042


AM TRUST NORTH AMERICA
800 SUPERIOR AVENUE E
Cleveland, OH 44114


AMERICAN EXPRESS
P.O. Box 981535
El Paso, TX 79998-1537


ANNA LOUISA LOISELLE,ESQ.
ZWICKER & ASSOCIATES
100 CORPORATE WOODS #230
Rochester, NY 14623


ARSI
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


BANK OF HOPE
138-02 NORTHERN BLVD.
Flushing, NY 11354


BCS ROYAL FOOD INT.CORP
47-15 33rd Street
Long Island City, NY 11101

C2C RESOURCES, LLC
56 PERIMETER CENTER
EAST SUITE 100
Atlanta, GA 30346

CAFE CARIBE INC
3475 VICTORY BLVD.
Staten Island, NY 10314

CARDCONNECT, LLC.
1600 TERRELL MILL ROAD SE
SUITE 400
Marietta, GA 30067

CHEESE UNLIMITED, INC.
21-14 50th STREET
Woodside, NY 11377

CHOICE ONION FARM INC.
84-10 34th AVENUE #4H
Jackson Heights, NY 11372

CITIBANK
PO Box 6034
Sioux Falls, SD 57117

Con Edison
PO BOX 138
New York, NY 10276-0138

CROWN FOOD DISTRIBUTORS
173 S NEWMAN STREET
Hackensack, NJ 07601

DIBEK COFFEE OF NEW YORK
43 TILLMAN STREET
Staten Island, NY 10314

DIESEL BEVERAGE INC
212 WOLCOTT STREET
Brooklyn, NY 11231

EAGLE NEW YORK
70 OUTWATER LANE
Garfield, NJ 07026

EUROPEAN NATURAL FOOD
& TRADING COMPANY
72 LEHIGH AVENUE
Paterson, NJ 07503


FERRANTE & ASSOCIATES
212-05 41st AVENUE
Bayside, NY 11361


FIRST DATA GLOBAL LEASING
P.O. BOX 173845
Denver, CO 80217


FRATT INC.
395 WASHINGTON AVENUE
Cliffside Park, NJ 07010


FRESH PRODUCE DISTRIBUTOR
11725 Ferndale Street
Philadelphia, PA 19116


GALIL IMPORTING CORP.
120 EILEEN WAY
Syosset, NY 11791


GARCIA AND REYES PRODUCE
340 53rd STREET
Brooklyn, NY 11220


GOYA
350 COUNTRY ROAD
Jersey City, NJ 07307


HITMARK REPUBLIC INC.
168 48th STREET
Brooklyn, NY 11232


HOWARD SCHACHTER,ESQ.
PRESSLER, F& WARSHAW, LLP
305 BROADWAY SUITE 802
New York, NY 10007


HUNTER WARFIELD
4620 WOODLAWN CORP BLVD
Tampa, FL 33614

I.C. SYSTEM, INC.
PO BOX 64437
Saint Paul, MN 55164

J&J FARMS CREAMERY
57-48 49th STREET
Maspeth, NY 11378

J&J NY DISTRIBUTORS
1343 LAFAYETTE AVENUE
Bronx, NY 10474

JOHN AUGUST, ESQ.
SAIBER LLC
18 Columbia Turnpike #200
Florham Park, NJ 07932

JPMORGAN CHASE BANK
P.O.Box 15145
Wilmington, DE 19850

JPMORGAN CHASE BANK
P.O.Box 15145
Wilmington, DE 19850

JPMORGAN CHASE BANK
P.O.Box 15145
Wilmington, DE 19850

JPMORGAN CHASE BANK
P.O.Box 15145
Wilmington, DE 19850

JPMORGAN CHASE BANK
P.O.Box 15145
Wilmington, DE 19850

KRASDALE
65 West Red Oak Lane
White Plains, NY 10604

KRINOS FOODS LLC
1750 BATHGATE AVENUE
Bronx, NY 10457

KRISTINE FLYNN,ESQ.
MULLOOLY, JEFFREY,ROONEY
6851 JERICHO TURNPIKE 220
Syosset, NY 11791

LA SQUISITA FOOD CORP.
2 SOUTH STREET
Mount Vernon, NY 10550

Leopold Gross& Sommers PC
16 Court Street
Ste 501
Brooklyn, NY 11241

Leopold Gross& Sommers PC
16 Court Street
Ste 501
Brooklyn, NY 11241

Leopold Gross& Sommers PC
16 Court Street
Ste 501
Brooklyn, NY 11241

LEVY'S BAKERY
6379 Saunders Street
Rego Park, NY 11374

MANHATTAN BEER
DISTRIBUTORS
955 EAST 149 STREET
Bronx, NY 10455

MARCH HEALTH FOOD, INC.
200 LIBERTY STREET
Little Ferry, NJ 07643

MAXINE CHEVLOWE
95-20 63rd ROAD
SUITE A
Rego Park, NY 11374

McCarthy, Burgess Wolff
26000 Cannon Road
Bedford, OH 44146

McCarthy, Burgess Wolff
The MB & W Building
26000 Cannon Road
Bedford, OH 44146

MEDIA COLLECTIONS, INC.
8948 CANYON FALLS BLVD.
SUITE 200
Twinsburg, OH 44087

MEDIA COLLECTIONS, INC.
8948 CANYON FALLS BLVD.
SUITE 200
Twinsburg, OH 44087

METRO CHEESE, INC.
25 CHARLOTTE AVENUE
Hicksville, NY 11801

MICHAEL FAILLACE,ESQ.
MICHAEL FAILLACE &
ASSOCIATES, P.C.
60 E. 42nd ST #4510
New York, NY 10165

Midland Credit Management
PO Box 301030
Los Angeles, CA 90030

MOTTO FOOD LLC
239 LINDBERGH PLACE
BUILDING A
Paterson, NJ 07503

MR.T CARTING CORP.
73-10 EDSALL AVENUE
Ridgewood, NY 11385

NASSAU PROVISIONS
KOSHER FOODS, INC.
700 FURROWS ROAD
Freeport, NY 11520

NATIONAL GENERAL
P.O. BOX 3199
Winston Salem, NC 27102

NATURAL FOOD INC.
64-31 108th STREET
Forest Hills, NY 11375


NEW FARM
201 POWELL STREET
Brooklyn, NY 11212


Northstar Location
Services, LLC
4285 Genesse St
Buffalo, NY 14225-1943


NOVINAX REALTY LLC
212 Higbie Lane
West Islip, NY 11795


NYC Department of Finance
59 Maiden lane #28FL
New York, NY 10038


NYC DEPT OF
COMSUMER AFFAIRS
42 Broadway
New York, NY 10004


NYS Dept of Tax & Finance
Bus. Liability Res. Ctr.
W A Harriman Campus
Albany, NY 12227-0841


PennCreditCorporation
2800 Commerce Drive
Harrisburg, PA 17110


PHILADELPHIA INS. CO.
1 BALA PLAZA
SUITE 100
Bala Cynwyd, PA 19004


Portfolio Recovery Ass
PO Box 12903
Norfolk, VA 23541

PPC PRODUCE INC
154-15 21st AVENUE
Whitestone, NY 11357

PREFERRED BEVERAGE DIST.
1539 COVERT STREET
Ridgewood, NY 11385

RGS Financial
PO BOX 6559
Englewood, CO 80155-2039

RTR FINANCIAL SERVICES
P.O. BOX 60640
Staten Island, NY 10306

SKI BEER CORP.
169 GARDNER AVENUE
Brooklyn, NY 11237

SOLINA BAKERY
15-09 129th STREET
College Point, NY 11356

SOPHIA FOODS INC.
450 WORTMAN AVENUE
Brooklyn, NY 11208

SPATOLA-LATTICINI
1852 DECATUR STREET
Ridgewood, NY 11385

STARK GROUP INTERNATIONAL
250 FOREST DRIVE
Greenvale, NY 11548

SUPREME STAR
DIVISION OF SNACKS
105 HARBOR DRIVE
Jersey City, NJ 07305

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
P.O. Box 965060
Orlando, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
P.O. Box 965060
Orlando, FL 32896

SYNERGETIC COMMUNICATION
5450 N.W.CENTRAL #220
Houston, TX 77092

TD BANK / NORDSTROM
BANKRUPTCY DEPT.
P.O. BOX 9547
Portland, ME 04112

TRANSWORLD SYSTEMS INC
500 VIRGINIA DRIVE
SUITE 514
Fort Washington, PA 19034

TROPICANA
7-02 154th STREET
Whitestone, NY 11357

TURKANA FOOD
555 N MICHIGAN AVENUE
Kenilworth, NJ 07033

UNI PRODUCTS, INC.
147-48 ROOSEVELT AVENUE
Flushing, NY 11354

UNION BEER DISTRIBUTORS
1213 GRAND STREET
Brooklyn, NY 11211

UNIVERSITY FIDELITY LP
P.O. BOX 5369
Katy, TX 77491

US BANK
O.O. BOX 068
Cragsmoor, NY 12420

Verizon Bankruptcy Admins
PO BOX 3397
Bloomington, IL 61702

VINTAGE
849 NEWARK TURNPIKE
Kearny, NJ 07032

WESCO INSURANCE COMPANY
800 SUPERIOR AVE EAST #21
Cleveland, OH 44114

WONDERFUL SALES LLC
1166 MANHATTAN AVENUE
Brooklyn, NY 11222

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  **DO HYUNG KIM**
**HYUN JU SIM**                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ JEREMY D. SUNG**
_____        _____
**JEREMY D. SUNG 4288619**
Signature of Debtor's Attorney                                  Signature of Pro Se Debtor/Petitioner
**LAW OFFICES OF JEREMY D SUNG**
**38-12 150TH STREET**                                        _____
**Flushing, NY 11354**
**718-939-1110 Fax:718-939-2179**                         Signature of Pro Se Joint Debtor/Petitioner

                                                              _____

                                                              Mailing Address of Debtor/Petitioner

                                                              _____

                                                              City, State, Zip Code

                                                              _____

                                                              Area Code and Telephone Number
Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

IN RE:    **DO HYUNG KIM**
          **HYUN JU SIM**

              Debtor(s)

---------------------------------------------X

Chapter    **7**

Case No.:

**STATEMENT PURSUANT TO LOCAL RULE 2017**

I, **JEREMY D. SUNG 4288619**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **4/19/2021** | Initial interview, analysis of financial condition, etc. |
| **6/11/2021** | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __3,500.00__ .

Dated: **June 11, 2021**

        **/s/ JEREMY D. SUNG**
        **JEREMY D. SUNG 4288619**
        Attorney for debtor(s)
        **LAW OFFICES OF JEREMY D SUNG**
        **38-12 150TH STREET**
        **Flushing, NY 11354**

        **718-939-1110 Fax:718-939-2179**
        **jeremy@jeremysunglaw.com**